IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02524-MSK-MJW

MARY CUNNINGHAM,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY;
GE HEALTHCARE, INC.;
GE HEALTHCARE AS;
BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER AG;
BAYER SCHERING PHARMA AG;
ALLINCKRODT, INC.;
BRACCO DIAGNOSTICS INC.;
BRACCO RESEARCH USA, INC.;
ALTANA PHARMA AG; and
NYCOMED INTERNATIONAL MANAGEMENT GmbH,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 1st day of December, 2008.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge