A CERTIFIED TRUE COPY
ATTEST

**By April Layne on Jan 05, 2009**

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  s/R. Bradway
Deputy Clerk



UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 16, 2008**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION**

MDL No. 1909

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-23)

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for
the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* 536 F.Supp.2d 1380 (J.P.M.L. 2008). Since that time, 135 additional actions
have been transferred to the Northern District of Ohio. With the consent of that court, all such
actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of Ohio and assigned to Judge
Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern
District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that
court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be
stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jan 05, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-23 - TAG-ALONG ACTIONS

| <u>DIST.</u> <u>DIV.</u> <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|
| **COLORADO** | |
| CO 1 08-2524 | Mary Cunningham v. General Electric Co., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 08-1534 | Jill A. Smiley, etc. v. General Electric Co., et al. |
| INS 1 08-1640 | Juanita Baynes v. General Electric Co., et al. |
| **MARYLAND** | |
| MD 1 08-3194 | Richard Empie, et al. v. General Electric Co., et al. |
| MD 1 08-3220 | Jihad Alhariri v. General Electric Co., et al. |
| MD 8 08-3223 | Massoumeh Moussavi v. General Electric Co., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 08-3517 | Ramona Longwell, etc. v. General Electric Co., at al. |