Scanned
Document saved to the key Drive in PDF format on 1/8/09 by BW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02524-PAB-MJW

MARY CUNNINGHAM,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE INC.;
GE HEALTHCARE, AS;
BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER AG;
BAYER SCHERING PHARMA AG;
MALLINCKRODT, INC.;
BRACCO DIAGNOSTICS INC.;
BRACCO RESEARCH USE, INC.;
ALTANA PHARMA AG; and
NYCOMED INTERNATIONAL MANAGEMENT GmbH,

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

---

    THIS MATTER, having come before the Court on the Parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, the Court having reviewed the Motion, being familiar with the grounds and finding good cause for the relief requested therein, hereby ORDERS:

    1.    The Motion is GRANTED; and

    2.    The period in which Defendants GE Healthcare Inc., GE Healthcare AS and General Electric Company may answer or otherwise respond to the Complaint is extended until thirty days from the date of transfer to In RE: Gadolinium Based Contrast Agents Products Liability Litigation, MDL No. 1909, Case No. 1:08-gd-50000-DAP, pending in the United States District Court for the Northern District of Ohio.

#883972.1

DATED: January 8, 2009  BY THE COURT:

_____
United States District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO